IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY D. GREGORY, JR., | : | CIVIL NO.: 1:20-cv-00006 |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**
March 24, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**. After entering judgment in favor of the Commissioner and against the Terry D. Gregory, Jr., as set forth in the prior sentence, the Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge